```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AMANIE RILEY,                                :       17-Cv-2199 (SHS)

                Plaintiff,      :

-against-                                    :       ORDER OF DISMISSAL

FREE PEOPLE OF PA LLC,                       :

                Defendants.     :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The attorneys for the parties having notified this Court's chambers that this action has settled as an individual action, and requested that the Court issue a 30 day order of dismissal, with prejudice,

      IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 30 days of the date of this Order any party may reinstate this action in writing if the settlement has not been effectuated by then. The conference scheduled for July 27, 2017, is cancelled. The Clerk of Court is directed to amend the caption of this action as set forth above.

Dated: New York, New York
      July 27, 2017

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.